## ATTACHMENT A

**CHARGE:**

Beginning on an unknown date, but at least as early as June 1, 2026, and continuing to on or about August 30, 2026, in Greene County, in the Western District of Missouri, and elsewhere, the defendants, **LARRY EUGENE WILES and LYNN RENE BERNIER**, conspired and agreed with one another and with persons, known and unknown, to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A).

**RANGE OF PUNISHMENT:**

21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A)
NLT 10 Years Imprisonment
NMT Life Imprisonment
NMT $10,000,000 Fine
NLT 5 Years Supervised Release
Class A Felony

$100 Special Assessment